# LAW OFFICES OF VINCENT E. BAUER

**425 Madison Avenue, 17th floor**
**New York, NY 10017**

**Tel: 212-575-1517**

Vincent E. Bauer
Barbara Meister Cummins

VIA ECF

March 14, 2023

Hon. James L. Cott
U.S. Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Subject: Acosta v. Food Universe Marketplace et ano, 21 cv 10147

Dear Judge Cott:

      The Plaintiff in this action, along with Defendants, jointly request that your Honor approve the settlement reached in this matter. A copy of the signed settlement agreement is filed herewith.

      Plaintiff claims he was a former grocery bagger and delivery person with the corporate Defendant. Plaintiff sued for unpaid wages under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. 201, et seq. and the New York Labor Law ("NYLL"). Defendants claim that Plaintiff never worked for them and is only resolving this matter to avoid the uncertainty of future litigation and the time and expense associated with same.

      There was essentially one contested issue in this case – whether Plaintiff worked for Defendants every day with limited exception for three years, or not at all.

      There is also a factual dispute concerning the number of hours actually worked by him for which Plaintiff was unpaid. There are no punch clock records or other company records concerning Plaintiff. Given Defendants' position, Plaintiff contends that they would be vulnerable on the issue of hours worked if it were determined that Plaintiff worked for Defendants at all. However, Plaintiff's assertion that he worked 12 hours per day, seven days per week for 3 years without pay may be subject to real scrutiny from the Court if there were a trial in this matter.

      Plaintiff believes that, if he were to prevail on his claims, inclusive of notice damages and liquidated damages, the total award amount would be approximately $550,000. If Defendants prevailed on their defenses, Plaintiff would be entitled to nothing.

The settlement agreement provides that Plaintiff will receive a total of $225,000 to settle his wage and hour claims (minus applicable taxes and withholdings), and that that amount will be allocated as follows: Plaintiff will receive a total of $147,024; and (2) Plaintiff's counsel will receive $77,976, including $4,500 in reimbursed expenses. The foregoing settlement was reached after protracted settlement discussions and with the great assistance of your Honor.

Court approval of an FLSA settlement is appropriate "when [the settlement] [is] reached as a result of contested litigation to resolve bona fide disputes." *Johnson v. Brennan*, No. 10-cv-471, 2011 WL 4357376, at * 12 (S.D.N.Y. Sept. 16, 2011). "If the proposed settlement reflects a reasonable compromise over contested issues, the court should approve the settlement." Id. (citing *Lynn's Food Stores, Inc. v. United States*, 679, F.2d 1350, 1353 n. 8 (11th Cir. 1982)).

The settlement agreement reached by the parties is fair. Although Plaintiff's recollections of his hours worked are sufficient to prove the hours that he worked, *Anderson v. Mt. Clemens Pottery Co.*, 328 U.S. 680, 687 (1946), superseded by statute, Portal-to Portal Act of 1947, 29 U.S.C. §216(b) (2006), as recognized in *Gorman v. Consol. Edison Corp.*, 488 F.3d 586, 590 (2d Cir. 2007), his recollection is not binding on the fact finder. Given Plaintiff's interest in the outcome of this matter, it is probable that the fact finder would apply some discount factor to his claimed hours. It is also possible that the fact finder would conclude that Plaintiff did not work for Defendants at all, given that five of Defendants' employees and the individual Defendant have all sworn that Plaintiff never worked for Defendants.

The settlement provides, with certainty, that Plaintiff will receive nearly all of his alleged unpaid wages. If Defendants' defense is given credence, Plaintiff would recover nothing. Given the sharp divisions in the parties' version of events, the fact that several trial witnesses would have an interest in the outcome, and the limited documentary evidence available, this range of recovery is reasonable. The fact that the matter is being resolved by way of settlement also eliminates the burden and uncertainty of collection proceedings.

Given the conflicting evidence, the quality of the evidence and counsel and the allocation of the burden of proof on Plaintiff, the settlement represents a reasonable compromise with respect to contested issues.

We also believe that the amount of the settlement monies payable to Plaintiff's counsel is reasonable. In that regard, I have expended 85 hours in connection with this action. See accompanying time records). Applying my usual $650 per hour fee rate to that total would result in fees of $55,250. My paralegals who worked on this case worked 19 and 12 hours, respectively (see accompanying time records). Additionally, I incurred a private investigator expense of $960. See accompanying invoice. Accordingly, the parties jointly request approval of the settlement agreement. *See Reyes v. Altamarea Group, LLC*, 10-cv-6451 (RLE), 2011 WL

4599822 at * 6 (S.D.N.Y. Aug. 16, 2011) (Ellis, M.J.).

Respectfully submitted,

        s/

Vincent E. Bauer

**Vincent Bauer**

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 10-11 | Conduct research; prepare complaint | .7 |
| 10-12 | Teleconference regarding spreadsheet | .5 |
| 11-29 | Prepare complaint | .7 |
| 11-30 | Prepare summons, cover sheet; file documents | .6 |
| 12-7 | Teleconference with client | .4 |
| 12-8 | File agreements | .4 |
| 12-20 | Witness interview; prepare declarations; prepare documents for service | 1.3 |
| 12-21 | Attention to declaration | .4 |
| 2-21 | Teleconference with counsel; prepare for same | .6 |
| 2-23 | Teleconference with JA | .5 |
| 3-14 | Review texts | .7 |
| 3-16 | Teleconference with A. Mitre | .3 |
| 3-28 | Prepare joint letter; review declarations | .9 |
| 4-13 | Prepare discovery requests | .8 |
| 5-9 | Teleconference with client | .6 |
| 5-13 | Review protective order | .3 |
| 6-13 | Review document production, responses | .7 |
| 6-20 | Teleconference regarding discovery | .4 |
| 6-23 | Teleconference, emails with counsel regarding discovery | .5 |
| 7-15 | Attention to deposition scheduling | .3 |
| 7-20 | Attention to discovery | .3 |
| 8-1 | Emails regarding depositions | .2 |
| 8-8 | Attention to discovery extension, depositions | .7 |
| 8-9 | Teleconference with counsel regarding depositions | .3 |

| Date | Description | Hours |
|---|---|---|
| 8-15 | Attention to depositions | .9 |
| 8-19 | Prepare subpoenas, deposition notices | 1.2 |
| 8-31 | Attention to subpoena issues | .6 |
| 9-15 | Visit Food Universe | 2.2 |
| 9-19 | Prepare subpoenas and letters | .9 |
| 9-30 | Attention to depositions | .5 |
| 10-5 | Attention to depositions | .7 |
| 10-10 | Prepare for depositions; teleconferences regarding same | 1.3 |
| 10-11 | Witness preparation; prepare for Lopez deposition | 2.9 |
| 10-12 | Deposition; prepare for, travel to/from same | 8.8 |
| 10-13 | Attention to settlement; teleconferences with witnesses; Prepare letter to court | 1.3 |
| 10-14 | Prepare declarations | .8 |
| 10-17 | Attention to witness issues | 1.1 |
| 10-18 | Attention to witness issues | .4 |
| 10-19 | Attention to witness, deposition issues | 1.2 |
| 10-20 | Prepare declaration; attention to witness issues; review Discovery requests; teleconference with BC | 2.1 |
| 10-21 | Attention to discovery, witnesses; prepare second document requests | .9 |
| 10-24 | Attention to discovery issues; prepare for deposition | 1.1 |
| 10-25 | Conduct depositions; discovery preparation | 3.4 |
| 10-26 | Teleconferences regarding declarations, witnesses | .7 |
| 10-27 | Attention to witness issues | .8 |
| 10-31 | Deposition preparation | 2.1 |
| 11-1 | Deposition preparation | 3.4 |
| 11-2 | Conduct depositions | 4.4 |

| | | |
|---|---|---|
| 11-4 | Attention to witness interviews | .8 |
| 11-7 | Extended teleconferences with reporter, DK re witness issues Witness interviews | 4.4 |
| 11-8 | Attention to witness issues | .4 |
| 11-9 | Teleconferences regarding investigation; email to M. Rojas | .8 |
| 11-10 | Teleconference with investigators, MR | .6 |
| 11-11 | Attention to J. Mateo issues | .8 |
| 11-14 | Prepare subpoenas, declarations | 1.6 |
| 11-15 | Teleconferences with counsel, investigator, M. Rojas | .7 |
| 11-18 | Teleconference regarding witnesses | .4 |
| 11-21 | Teleconferences with investigator | .4 |
| 11-22 | Prepare mediation statement | 2.6 |
| 11-23 | Finalize mediation statement; prepare exhibits | 1.6 |
| 11-29 | Prepare for court conference | 1.2 |
| 11-30 | Settlement conference; travel to/from same | 3.1 |
| 12-5 | Attention to discovery issues | .4 |
| 12-6 | Emails, teleconferences regarding settlement, discovery | .4 |
| 12-7 | Teleconferences, emails regarding discovery issues | .5 |
| 12-8 | Extended teleconference with counsel | 1.1 |
| 12-9 | Teleconference with JA | .4 |
| 12-10 | Prepare letter to court | .8 |
| 12-15 | Attention to settlement | .9 |
| 12-15 | Attention to settlement | .3 |
| 12-19 | Teleconferences regarding settlement | .6 |
| 1-3 | Attention to settlement | .3 |
| 1-5 | Emails regarding settlement, discovery; prepare court letter | .8 |

| | | |
|---|---|---|
| 1-6 | Review discovery; attention to settlement | .8 |
| 1-12 | Teleconference with Court; prepare for same | .9 |
| 2-8 | Prepare Cheeks application | .9 |
| | Total hours | 85.5 |

**Activities Export** — Alicia Mitre

02/08/2023
4:07 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/30/2022 | | Paralegal Fees - Alicia: Attending Settlement Conference to translate. The defendants offered $15k, didn't settle. We are going to trial. ● Unbilled | 00387-Acosta Acosta v. Food Universe Marketplace | Paralegal User | 2.50h | $165.00 | - | $412.50 |
| 11/14/2022 | | Paralegal Fees - Alicia: Translating subpoenas and declarations for Zenon and Justiniano. ● Unbilled | 00387-Acosta Acosta v. Food Universe Marketplace | Paralegal User | 0.50h | $165.00 | - | $82.50 |
| 10/19/2022 | | Paralegal Fees - Alicia: Call with Juan Perez and Elvira to ask about dates for depositions. ● Unbilled | 00387-Acosta Acosta v. Food Universe Marketplace | Paralegal User | 0.10h | $165.00 | - | $16.50 |
| 10/19/2022 | | Paralegal Fees - Alicia: Call with Mr. Nicolas ● Unbilled | 00387-Acosta Acosta v. Food Universe Marketplace | Paralegal User | 0.04h | $165.00 | - | $6.60 |
| 10/19/2022 | | Paralegal Fees - Alicia: Call with Mr. Juan Perez, he had questions about his declaration. ● Unbilled | 00387-Acosta Acosta v. Food Universe Marketplace | Paralegal User | 0.05h | $165.00 | - | $8.25 |
| 10/17/2022 | | Paralegal Fees - Alicia: Drafting Flyer ● Unbilled | 00387-Acosta Acosta v. Food Universe Marketplace | Paralegal User | 0.59h | $165.00 | - | $97.35 |
| 10/17/2022 | | Paralegal Fees - Alicia: Translating flyer text ● Unbilled | 00387-Acosta Acosta v. Food Universe Marketplace | Paralegal User | 0.17h | $165.00 | - | $28.05 |
| 09/30/2022 | | Paralegal Fees - Alicia: Informing | 00387-Acosta | Paralegal | 0.09h | $165.00 | - | $14.85 |

|  |  |  |  |  | 12.23h |  | $0.00 0.00h | $1,980.90 12.23h |

# Activities Export

02/08/2023
4:07 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | the client about employee depositions, Mr. Acosta will be there.<br>● Unbilled | Acosta v. Food Universe Marketplace | User | | | | |
| 09/19/2022 | | Paralegal Fees - Alicia: Translating cover letter<br>● Unbilled | 00387-Acosta Acosta v. Food Universe Marketplace | Paralegal User | 0.17h | $165.00 | - | $28.05 |
| 09/15/2022 | | Paralegal Fees - Alicia: Looking for witnesses<br>● Unbilled | 00387-Acosta Acosta v. Food Universe Marketplace | Paralegal User | 3.00h | $165.00 | - | $495.00 |
| 08/30/2022 | | Paralegal Fees - Alicia: Call with Mrs. Elvira to let her know that she is going to be subpoenaed for deposition.<br>● Unbilled | 00387-Acosta Acosta v. Food Universe Marketplace | Paralegal User | 0.09h | $165.00 | - | $14.85 |
| 04/07/2022 | | Paralegal Fees - Alicia: Call with client to request his phone records<br>● Unbilled | 00387-Acosta Acosta v. Food Universe Marketplace | Paralegal User | 0.09h | $165.00 | - | $14.85 |
| 04/01/2022 | | Paralegal Fees - Alicia: Call with client<br>● Unbilled | 00387-Acosta Acosta v. Food Universe Marketplace | Paralegal User | 0.12h | $165.00 | - | $19.80 |
| 03/30/2022 | | Paralegal Fees - Alicia: Call with client to talk about declarations<br>● Unbilled | 00387-Acosta Acosta v. Food Universe Marketplace | Paralegal User | 0.50h | $165.00 | - | $82.50 |
| 03/02/2022 | | Paralegal Fees - Alicia: Meeting with client to help him to get messages screenshots.<br>● Unbilled | 00387-Acosta Acosta v. Food Universe Marketplace | Paralegal User | 0.70h | $165.00 | - | $115.50 |
| | | | | | 12.23h | | $0.00<br>0.00h | $1,980.90<br>12.23h |

# Activities Export

02/08/2023
4:07 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 02/23/2022 | | Paralegal Fees - Alicia: Translation of new declaration and sending it out.<br>● Unbilled | 00387-Acosta Acosta v. Food Universe Marketplace | Paralegal User | 0.20h | $165.00 | - | $33.00 |
| 02/23/2022 | | Paralegal Fees - Alicia: Call with client to update - Vin<br>● Unbilled | 00387-Acosta Acosta v. Food Universe Marketplace | Paralegal User | 0.25h | $165.00 | - | $41.25 |
| 02/11/2022 | | Paralegal Fees - Alicia: Call with client about picture<br>● Unbilled | 00387-Acosta Acosta v. Food Universe Marketplace | Paralegal User | 0.10h | $165.00 | - | $16.50 |
| 02/09/2022 | | Paralegal Fees - Alicia: Call with client about employees/managers info<br>● Unbilled | 00387-Acosta Acosta v. Food Universe Marketplace | Paralegal User | 0.50h | $165.00 | - | $82.50 |
| 12/20/2021 | | Paralegal Fees - Alicia: Declaration translation and call with Mr Jose Cruz<br>● Unbilled | 00387-Acosta Acosta v. Food Universe Marketplace | Paralegal User | 0.30h | $150.00 | - | $45.00 |
| 12/20/2021 | | Paralegal Fees - Alicia: Call with Elvira Curiel - Vincent<br>● Unbilled | 00387-Acosta Acosta v. Food Universe Marketplace | Paralegal User | 0.45h | $150.00 | - | $67.50 |
| 12/06/2021 | | Paralegal Fees - Alicia: Call with client and Vin about the threatening call.<br>● Unbilled | 00387-Acosta Acosta v. Food Universe Marketplace | Paralegal User | 0.75h | $150.00 | - | $112.50 |
| 11/12/2021 | | Paralegal Fees - Alicia: Retainer Translation<br>● Unbilled | 00387-Acosta Acosta v. Food Universe Marketplace | Paralegal User | 0.45h | $150.00 | - | $67.50 |
| | | | | | 12.23h | | $0.00<br>0.00h | $1,980.90<br>12.23h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 09/29/2021 | | Paralegal Fees - Alicia: Call with client to ask abut the owner. ● Unbilled | 00387-Acosta Acosta v. Food Universe Marketplace | Paralegal User | 0.12h | $150.00 | - | $18.00 |
| 09/22/2021 | | Paralegal Fees - Alicia: Video call with the client. ● Unbilled | 00387-Acosta Acosta v. Food Universe Marketplace | Paralegal User | 0.40h | $150.00 | - | $60.00 |
| | | | | | 12.23h | | $0.00 0.00h | $1,980.90 12.23h |

Maria Rojas

| | DATE | Time | Paralegal | Notes |
|---|---|---|---|---|
| TimeEntry | 9/20/2021 | 0.15 | Paralegal Fees - Maria | Intake |
| TimeEntry | 10/11/2021 | 0.228 | Paralegal Fees - Maria | Explained the retainer agreement to the client. The client signed the contract. Attorney Vincent asked a few additional questions to the client. |
| TimeEntry | 3/18/2022 | 0.132 | Paralegal Fees - Maria | Call with Vin and the Client to talk about the text msgs he provided |
| TimeEntry | 5/9/2022 | 0.174 | Paralegal Fees - Maria | Phone call with Vin and Acosta to go over the interrogatories and documents request |
| TimeEntry | 5/17/2022 | 0.042 | Paralegal Fees - Maria | Called witnesses and asked for their address |
| TimeEntry | 10/6/2022 | 0.048 | Paralegal Fees - Maria | Informed the client that his deposition was adjourned for Oct 12 |
| TimeEntry | 10/11/2022 | 1 | Paralegal Fees - Maria | Deposition Preparation - Acosta |
| TimeEntry | 10/12/2022 | 7 | Paralegal Fees - Maria | Attended Acosta's deposition |
| TimeEntry | 10/13/2022 | 0.192 | Paralegal Fees - Maria | Called the witnesses |
| TimeEntry | 10/17/2022 | 0.024 | Paralegal Fees - Maria | Client was informed that a settlement conference is taking place on Nov. 30, 2022 |
| TimeEntry | 10/20/2022 | 0.084 | Paralegal Fees - Maria | Call with Nicolas - Supermarket witness |
| TimeEntry | 10/24/2022 | 0.252 | Paralegal Fees - Maria | Client reviewed Authorization for disclosure of health information. |
| TimeEntry | 10/25/2022 | 1.5 | Paralegal Fees - Maria | Attended the deposition of Jose Cruz |
| TimeEntry | 10/27/2022 | 0.234 | Paralegal Fees - Maria | Call with Narcesco Hernandez and mail sent to Mr Bauer with the information |
| TimeEntry | 10/31/2022 | 0.114 | Paralegal Fees - Maria | Signed and translated my declaration |
| TimeEntry | 11/3/2022 | 4 | Paralegal Fees - Maria | Attended the deposition of the supermarket owner and his witnesses. |
| TimeEntry | 11/7/2022 | 3.5 | Paralegal Fees - Maria | Went to the Bronx with Vincent Bauer to hand out flyers |
| TimeEntry | 11/14/2022 | 0.18 | Paralegal Fees - Maria | research on the defendant |
| TimeEntry | 1/6/2023 | 0.018 | Paralegal Fees - Maria | Call the client to provide an update |
| TimeEntry | 1/18/2023 | 0.06 | Paralegal Fees - Maria | Informed the client that of the settlement agreement and the terms of the pay out. |
| Total | | 18.932 | | |



## Nelson J. Lassalle Investigations
### Licensed by the New York Department of State, Division of Licensing Services

100 Lafayette Street, Suite 403  
New York, NY 10013

917-991-1684  
PiLassalle@gmail.com

## INVOICE

**Plaintiff's Name**: *Jose Acosta*

| Date | Start Time | Finish Time | # of Hours | Hourly Rate | Total | Description of Activity |
|---|---|---|---|---|---|---|
| 11/21/22 | 9:00am | 12:48pm | 3.8 | $100 | $380.00 | Attempted interview of Yanely Zenon, interview of Alizay Justiniano |
| 11/22/22 | 9:30am | 12:12pm | 2.7 | $100 | $270.00 | Attempted interview of Yanely Zenon |
| 11/29/22 | 2:00pm | 4:36pm | 2.6 | $100 | $260.00 | Photograph supermarket, upload and email photographs to attorney Vincent Bauer |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Additional Expenses:**

11/21/22 – Mileage – 34 miles @ $.75 = $25.50  
11/22/22 – Mileage – 32 miles @ $.75 = $24.00  
11/29/22 – Mileage – 12 miles @ $.75 = $9.00

## Grand Total Due = $968.50